AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Murray Energy Corporation, et al., )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-440
Cassidy, Cogan, Shapell & Voegelin, L.C., et al. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 7/27/2021. The Court GRANTS ECF No. [83] to dismiss and enter judgment against the only remaining Plaintiff in this case, Robert E. Murray.  This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  07/27/2021

CLERK OF COURT

_Christi M. Wenn_ (signature)
Signature of Clerk or Deputy Clerk